IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case Number: 2:22-cv-00823-JLB-NPM

IMIRACLE (HK) LIMITED,

        Plaintiff,

v.

F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE and MD RASHEDUL ISLAM,

        Defendants.
_____/

### MOTION FOR ENTRY OF CLERK'S DEFAULT
### AGAINST DEFENDANT

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE, and in support thereof states as follows:

1. On December 22, 2022, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On January 6, 2023, a copy of the Complaint and Summons was served on F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE, via substituted service. *See* Affidavit of Service [DE 6].

3. F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE was to have responded to or filed an answer to the Complaint by January 27, 2023, but failed to file anything with this Court.

4. It has been more than twenty-one (21) days since F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE was served with the Summons and Complaint.

5. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

6. As of the date of this Motion, F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE has failed to answer or respond to the Plaintiff's Complaint, as evidenced by its failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendant, F & M TOBACCO INC d/b/a PEBBLEBROOKE SMOKE AND VAPE, and any other relief this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 22, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

      */s/ Gabrielle Alexa Penalta*
      Gabrielle Alexa Penalta
      Fla Bar No. 301796
      The Ticktin Law Group
      270 SW Natura Avenue
      Deerfield Beach, Florida 33441
      Serv600@LegalBrains.com
      Telephone: 813-448-1129
      *Attorney for the Plaintiff*