**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IMIRACLE (HK) LIMITED,

Plaintiffs,

v. Case No. 2:22-CV-00823-JES-KCD

F & M TOBACCO INC D/B/A
PEBBLEBROOKE SMOKE AND VAPE
AND MD RASHEDUL ISLAM,

Defendants.

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, GS HOLISTIC, LLC., makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify

the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   a) Geek Miracle (BVI) Limited, owner of Plaintiff company

   b) IMIRACLE (HK) LIMITED, LLC, Plaintiff

   c) The Ticktin Law Group, counsel for Plaintiff

   d) Gabrielle Alexa Penalta, counsel for Plaintiff

   e) F & M Tobacco INC d/b/a Pebblebrooke Smoke And Vape, Defendant

   f) Md Rashedul Islam, Defendant

   g) All persons listed in Defendant's Certificate of Interested Persons.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   a. None

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).



THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (813) 448-1129

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    a. The Smoke Depot LLC d/b/a Green House Smoke And Vape Shop,

       Defendant

    b. Joseph J. II Muglia, Defendant

6. Identify each person arguably eligible for restitution:

    a. Geek Miracle (BVI) Limited, owner of Plaintiff company

    b. IMIRACLE (HK) LIMITED, Plaintiff

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*/s/ Gabrielle Alexa Penalta*
Gabrielle Alexa Penalta
Fla Bar #301796
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv600@LegalBrains.com
Telephone: 813-448-1129
*Attorney for the Plaintiff*