UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IMIRACLE (HK) LIMITED,

    Plaintiff,

v.                                  Case No.:  2:22-cv-823-JLB-NPM

F & M TOBACCO INC and MD
RASHEDUL ISLAM,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **F & M TOBACCO INC** in Fort Myers, Florida on the 10th day of April, 2023.

ELIZABETH M. WARREN, CLERK

s/SH, Deputy Clerk

Copies furnished to:

Counsel of Record